TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00210-CV

John David Whipple, Individually and d/b/a PEL USA; Erin Vaught; Lee Allison; 

Harlan Fenske; and PEL Industries, Limited, Appellants

v.

Twin Mountain Supply Company, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-00-0023-C, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING 

 Appellants John David Whipple, Individually and d/b/a PEL USA, Erin Vaught,
Lee Allison, Harlan Fenske, and PEL Industries, Limited, have informed this Court that they have
resolved their disputes in the case. They have filed an agreed motion to dismiss their appeals.

 We grant the motion and dismiss their appeals.

 

 B. A. Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Patterson

Dismissed on Appellants' Motion

Filed: October 19, 2000

Do Not Publish